_Marrero, J._

A-6861

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

ADINA GOODWIN, on behalf of herself individually,
and all others similarly situated,

                       Plaintiff,

    -against-

SCOTT LOWERY LAW OFFICES, P.C., D/B/A
P. SCOTT LOWERY, P.C.,

                       Defendants.
---------------------------------------------------------------X

**STIPULATION
EXTENDING TIME TO
ANSWER**

08 Civ. 7049 (VM) (THK)

    **IT IS HEREBY STIPULATED AND AGREED**, that the time for the defendant,

SCOTT LOWERY LAW OFFICES, P.C., D/B/A P. SCOTT LOWERY, P.C., to appear, answer,

or to make any motion with relation to the Summons or to the Complaint in this action, and that

the same is hereby extended to and including the 6th day of October, 2008.

Dated:  New York, New York
          September 3, 2008

ABRAMS, GORELICK, FRIEDMAN &
JACOBSON, P.C.

By: _____
      Barry Jacobs, Esq. (0216)
One Battery Park Plaza, 4th Floor,
New York, NY 10004
(212) 422-1200

FAGENSON & PUGLISI

By: _____
      Novlette R. Kidd, Esq.
430 Seventh Avenue, Suite 3302,
New York, New York 10123
(212) 268-2128

_____
Victor Marrero
U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-4-08