

City and County of Denver
John Hickenlooper
Mayor

DENVER SHERIFF DEPARTMENT
City and County of Denver

DSD Civil Division
451 Bannock St. #507
Denver, CO 80202
720-865-9556

## BUSINESS

STATE OF COLORADO          } ss.
CITY AND COUNTY OF DENVER  } ss.

Case Number: 08CIV7049
Jacket Number: 0121196

I do hereby certify that I have duly served the within Summons by delivering a true copy thereof, with attachments listed below, in the within described action thereto attached, to the within named SCOTT LOWERY LAW OFFICES, PC, herein called the "said party", by its agent for service, by leaving said copy/copies with DEIRDRE REILLY, said party's REGISTERED AGENT at said party's usual place of business, at 4500 CHERRY CREEK DR SOUTH, STE 700-710, in the City and County of Denver, State of Colorado, on 08-19-2008 at 09:22 AM hours.

Alvin LaCabe
Manager of Safety, Ex-Officio Sheriff
City and County of Denver, State of Colorado

Signature _____
Paula Clark-Martin
Deputy Sheriff

Operator Code: EVANSG

JULIE V POITRA
NOTARY PUBLIC
STATE OF COLORADO
MY COMMISSION EXPIRES
04/20/2011

Return Date August 19, 2008 12:20 PM

Comments: No Comments Entered

Attachments:

SUMMONS IN A CIVIL ACTION
CLASS ACTION COMPLAINT
EXHIBIT 1
NONE